# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AMBER BECKER,

        Plaintiff,

v.

CITY OF HENDERSON, et al.,

        Defendants.

2:10-CV-274 JCM (RJJ)

**ORDER**

Presently before the court is plaintiff's motion for reconsideration of the magistrate judge's order denying the third stipulation and order to extend discovery. (Doc. #36). The defendants City of Henderson, J. Flewellen, Henderson Police Department, Nickolas Papacs, D. Sigmund, John Walker, and R. Wilkins have joined in the motion. (Doc. #37). To date, no response or objection to the motion has been filed.

In the order denying the stipulation to extend time (doc. #35), Magistrate Judge Johnston notes that "the only discovery completed in the past seven months is Plaintiff's First Supplement to Document and Witness List . . . .: (*id.* at 1:17–19). Based on this observation, the court found further extension of the discovery deadlines unwarranted. The parties now seek reconsideration of that order and have provided the court with additional information. Specifically, plaintiff's expert, retired Police Chief D.P. Van Blaricom, underwent surgery for cancer removal, and he was unable to review and prepare documents. The parties did not disclose this information previously out of respect for

**James C. Mahan**
**U.S. District Judge**

1  Van Blaricom's privacy.

2  Good cause appearing,

3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for

4  reconsideration (doc. #36) be, and the same hereby is, GRANTED;

5  IT IS FURTHER ORDERED that order denying the stipulation (doc. #35) is hereby

6  VACATED.

7  DATED July 1, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE